FILED
 2015 Aug-11 PM 04:06
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **CEDRIC L. BAKER,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 4:12-cv-03958-RDP-JEO |
| **DR. DAVID PAVLAKOVIC, et al.,** | } |
| **Defendants.** | } |

### MEMORANDUM OPINION

On July 13, 2015, the Magistrate Judge's Report and Recommendation (Doc. # 30) was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that:

1. Defendants' motions for summary judgment (Docs. # 23, 25 and 26) on Plaintiff's claims against them be granted and the claims be dismissed with prejudice; and

2. In light of the dismissal of the federal claims, the court declines to exercise supplemental jurisdiction over Plaintiff's state law claims of medical malpractice and negligence. 28 U.S.C. § 1367(c)(3); *Mergens v. Dreyfoos*, 166 F.3d 1114, 1119 (11th Cir. 1999).

A separate order in accordance with this Memorandum Opinion will be entered.

**DONE** and **ORDERED** this August 11, 2015.

 _____
 **R. DAVID PROCTOR**
 UNITED STATES DISTRICT JUDGE